**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID A. RICHARDSON, ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv171 |
| | § | Judge Clark/Judge Mazzant |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, ET AL., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 27, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that plaintiffs' Application for Temporary Restraining Order and Temporary Injunction [Doc. #4] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that plaintiffs' Application for Temporary Restraining Order and Temporary Injunction [Doc. #4] is **DENIED.**

So **ORDERED** and **SIGNED** on April 26, 2013.

_____
Ron Clark, United States District Judge