**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID A. RICHARDSON and<br>FRANCES L. RICHARDSON,<br><br>*Plaintiffs,*<br><br>V.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, AS TRUSTEE<br>FOR ARGENT SECURITIES INC.,<br>ASSET-BACKED PASS THROUGH<br>CERTIFICATES SERIES 2006-W4,<br>HOMEWARD RESIDENTIAL F/K/A<br>AMERICAN HOME MORTGAGE<br>SERVICING, INC. ("AHMSI"),<br>ARGENT MORTGAGE COMPANY,<br>LLC, CITI RESIDENTIAL LENDING<br>INC., AS ATTORNEY IN FACT FOR<br>ARGENT MORTGAGE COMPANY,<br>LLC., BRYAN BLY, VICE<br>PRESIDENT RESIDENTIAL<br>LENDING INC, AMERIQUEST<br>MORTGAGE COMPANY,<br>NATIONWIDE TITLE CLEARING,<br>INC ("NTC") BOBBIE JO STOLDT,<br>NOTARY PUBLIC, STATE OF<br>FLORIDA, LORI L. LONG,<br>SUBSTITUTE TRUSTEE, LIZ HACH,<br>SUBSTITUTE TRUSTEE,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 4:13cv171<br>Judge Clark/Judge Mazzant |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 29, 2013, the report of the Magistrate Judge was entered containing proposed

1

findings of fact and recommendations that the Motion to Dismiss for Lack of Jurisdiction under Rule 12(b)(1), and Alternatively for Failure to State a Claim Pursuant to Rule 12(b)(6) of Defendants Deutsche Bank National Trust Company, as Trustee for Argent Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2006-W4 and Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc. [Doc. #22] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Motion to Dismiss for Lack of Jurisdiction under Rule 12(b)(1) of Defendants Deutsche Bank National Trust Company, as Trustee for Argent Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2006-W4 and Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc. [Doc. #22] is **GRANTED** and the case is **DISMISSED** without prejudice for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **10** day of **July, 2013.**

_____
Ron Clark, United States District Judge